KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED 08 MAR 19 PM 2:31 DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$19,211.00 IN U.S. CURRENCY,<br><br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No. '08 CV 509 BTM POR<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendants,

$19,211.00 IN U.S. CURRENCY, and

ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,

(hereinafter "defendants"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendants were found within this district.

3. In February 2007, Special Agents with the Drug Enforcement Administration initiated a Title III investigation on Eduardo Barajas drug trafficking organization. Agents learned of a partner



| TRO

to Barajas and began a second investigation into Victor Ramos in March 2007. Both individuals are street gang members and responsible for purchasing and distributing multi-pound quantities of methamphetamine in San Diego. During this investigation wire taps and extensive surveillance were used. Ramos was recorded discussing and observed performing numerous drug transactions. Some of these transactions were conducted in a 2000 Mercedes Benz S430, California license number 5WKL002 (the defendant vehicle). During one drug transaction, Claimant Yessica Hernandez was observed in the Mercedes.

Based on the investigation, agents were able to obtain federal warrants for Victor Ramos' arrest and for the search of his residence at 3636 Logan Avenue in San Diego. On November 6, 2007, agents observed Yessica Hernandez exit 3636 Logan Avenue and enter the Mercedes Benz. Hernandez was stopped by agents and advised of the search warrant for the residence. Inside the residence agents located two children whose parents are Ramos and Hernandez. Hernandez told agents Ramos did not live at the location, but visited frequently. She also agreed to show agents some items in the residence that belonged to Ramos. As they walked into a bedroom, Hernandez said that some clothes on the bed belonged to Ramos; however, she pointed to a black and grey jacket and said that jacket belonged to her. She claimed the money inside was hers and that there was about $6,000 in the pocket. Hernandez said this was money she had been saving for her daughter's birthday party. The currency was rolled up in rubber bands. The jacket which she had claimed was hers was a men's size extra large jacket; Hernandez later admitted this jacket did belong to Ramos. Hernandez maintained that the currency found inside the jacket belonged to her, and that she had been saving the money from her part time job. She said that she also had about $10,000 in the bank, but she liked to keep cash on hand. The currency was in all different denominations, and was later counted and determined to be not $6,000, but $19,211 (the defendant currency).

<u>Count 1</u>

$19,211.00 IN U.S. CURRENCY

4. Paragraphs 1-3 are incorporated as a part hereof.

//

//

5. On and/or prior to November 6, 2007, the Count 1 defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to November 6, 2007, the Count 1 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a) (6).

8. The Count 1 defendant currency is presently stored within the jurisdiction of this Court.

## Count 2

## ONE 2000 MERCEDES BENZ S430

9. Paragraphs 1-3 are incorporated as a part hereof.

10. On and/or prior to November 6, 2007, the Count 2 defendant vehicle was used and was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt, and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United States Code, Section 881(a)(4).

11. Alternatively, on and/or prior to November 6, 2007, the Count 2 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

12. Alternatively, on and/or prior to November 6, 2007 the Count 2 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

13. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 2 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and/or 881(a)(4).

14. The Count 2 defendant vehicle is presently stored within the jurisdiction of this Court.

15. The value of the Count 2 defendant vehicle is approximately $13,625.00.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: March 19, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

# VERIFICATION

I, Lauren A. Carney, hereby state and declare as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 3-19-08.

Lauren A. Carney, Special Agent
Drug Enforcement Administration

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) San Diego

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

**DEFENDANTS**

$19,211.00 IN U.S. CURRENCY, et al.

08 MAR 19 PM 2:18

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN) '08 CV 509 BTM POR

RICHARD M. BARNETT, ESQ.
105 WEST F STREET, 4TH FLOOR
SAN DIEGO CA 92101
(619) 231-1182

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- [ ] 110 Insurance
- [ ] Marine
- [ ] Miller Act
- [ ] Negotiable Instrument
- [ ] 150 Recovery of &Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Loans (Excl. Veterans)
- [ ] 153Recovery of of Veterans Benefits
- [ ] 160 Stockholders Suits
- [ ] Other Contract
- [ ] 195 Contract Product

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease &
- [ ] 240 Tort to Land
- [ ] 245 Tort Product
- [ ] 290 All Other Real

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product
- [ ] 320 Assault, Libel &
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Liability
- [ ] 360 Other Personal

**PERSONAL INJURY**
- [ ] 362 Personal Injury-Medical Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Habeas Corpus
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [X] 625 Drug Related of Property 21 USC881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational
- [ ] 690 Other

**LABOR**
- [ ] 710Fair Labor Standards
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor
- [ ] 791 Empl. Ret. Inc.
- [ ] Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (13958)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reappointment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Exchange
- [ ] 875 Customer Challenge
- [ ] 891 Agricultural Acts
- [ ] 892 Economic
- [ ] 893 Environmental
- [ ] 894 Energy Allocation
- [ ] 895 Freedom of
- [ ] 900 Appeal of Fee Under Equal Access to
- [ ] 950 Constitutionality of
- [ ] 890 Other Statutory

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 — DEMAND $ — Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See** JUDGE Docket Number

DATE 3/19/08

SIGNATURE OF ATTORNEY OF RECORD DAVID M. McNEES, SAUSA