RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Claimant
YESSICA HERNANDEZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$19,211.00 IN U.S. CURRENCY,<br>ONE 2000 MERCEDES BENZ S430 CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br>Defendants. | Case No. 08-CV-0509-BTM(POR)<br>**CLAIM OF YESSICA HERNANDEZ** |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, YESSICA HERNANDEZ, hereby demand the return and restitution of the defendant currency and vehicle, and claim the right to defend this action as an owner of the seized currency and vehicle.

I declare under penalty of perjury the foregoing is true and correct.

Executed this <u>28th</u> day of March, 2008, at San Diego, CA.

YESSICA HERNANDEZ, Claimant

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on March 28, 2008, I have caused service of Claim of Yessica Hernandez on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of March, 2008, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT