**PRENOVOST, NORMANDIN, BERGH & DAWE**
**A Professional Corporation**
**THOMAS J. PRENOVOST, JR., SBN 77813**
**MICHAEL D. ROHFELD, SBN 108598**
**JOHN W. KLEIN, SBN 129160**
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.: (714) 547-2444**
**Fax No.: (714) 835-2889**
**(6890.126)**

Attorneys for Claimant, WACHOVIA DEALER SERVICES, INC. fka WFS FINANCIAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$19,211.00 IN U.S. CURRENCY,<br><br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Case No. 08-CV-0509-BTM (POR)<br><br>**WACHOVIA DEALER SERVICES, INC. fka WFS FINANCIAL'S ANSWER TO COMPLAINT FOR FORFEITURE AND DEMAND FOR JURY TRIAL** |

COMES NOW the Claimant, WACHOVIA DEALER SERVICES, INC. fka WFS FINANCIAL, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

1. Claimant denies each and every allegation set forth in Paragraph 1 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

2. Claimant denies each and every allegation set forth in Paragraph 2 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

3. Answering Paragraph 3 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground,

denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

**Count 1**

**$19,211.00 IN U.S. CURRENCY**

4. Answering Paragraph 4 of the Complaint, Claimant hereby incorporates its responses to Paragraphs 1-3 herein as if fully repeated herein.

5. Answering Paragraph 5 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

6. Answering Paragraph 6 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

7. Answering Paragraph 7 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

8. Answering Paragraph 8 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

**Count 2**

**ONE 2000 MERCEDES BENZ S430**

9. Answering Paragraph 9 of the Complaint, Claimant hereby incorporates its responses to Paragraphs 1-8 herein as if fully repeated herein.

10. Answering Paragraph 10 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

11. Answering Paragraph 11 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

12. Answering Paragraph 12 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

13. Answering Paragraph 13 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

14. Answering Paragraph 14 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

15. Answering Paragraph 15 of the Complaint, Claimant has no information or belief sufficient to enable it to answer the allegations contained therein, and basing its denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant properties.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable cause for the institution of the forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges Claimant's legal interest is not forfeitable in the property by reason that any and all acts or omissions alleged as the basis for forfeiture have been committed or omitted without the knowledge or consent of Claimant. Claimant WACHOVIA DEALER SERVICES, Inc. fka WFS FINANCIAL was the finance company involved in the vehicle's purchase and maintains a legal owner status of the vehicle and holds a secured interest in

the vehicle of approximately $4,500.00. It has no personal interest or involvement with the vehicle's registered owner except as to its financial interest as legal owner and retains a secured interest in the vehicle.

**FIFTH AFFIRMATIVE DEFENSE**

For a further and separate answer to the Complaint, Claimant alleges that the searches which led to the seizure of the defendant currency and vehicle violated the Fourth Amendment to the United States Constitution.

WHEREFORE, Claimant prays for judgment as follows:

1. That the Complaint be dismissed with prejudice;
2. That the subject vehicle be returned to Claimant or, in the alternative, if liquidated, that its priority lien status be maintained and the full remaining value of its legal ownership interest be reimbursed.
3. For reasonable attorney's fees herein and costs of suit; and
4. For such other and further relief as the Court may deem just.

DATED: May 1, 2008

/s/ John W. Klein
JOHN W. KLEIN
jklein@pnbd.com

Attorneys for Claimant,
WACHOVIA DEALER SERVICES, INC.
fka WFS FINANCIAL

**CERTIFICATE OF SERVICE**

I, JOHN W. KLEIN, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 2122 North Broadway, Suite 200, Santa Ana, California 92706.

That on May 1, 2008, I have caused service of Wachovia Dealer Services, Inc. fka WFS Financial's Answer to Complaint for Forfeiture and Demand for Jury Trial on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said parties:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff; and
2. Richard M. Barnett, Attorney at Law, Attorney for Claimant Yessica Hernandez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2008, at Santa Ana, California.

/s/ John W. Klein