**PRENOVOST, NORMANDIN, BERGH & DAWE**
**A Professional Corporation**
**THOMAS J. PRENOVOST, JR., SBN 77813**
**MICHAEL D. ROHFELD, SBN 108598**
**JOHN W. KLEIN, SBN 129160**
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.: (714) 547-2444**
**Fax No.: (714) 835-2889**
**(6890.126)**

Attorneys for Claimant, WACHOVIA DEALER SERVICES, Inc. fka WFS FINANCIAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$19,211.00 IN U.S. CURRENCY,<br><br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Case No. 08-CV-0509-BTM (POR)<br><br>**CLAIM OF WACHOVIA DEALER SERVICES, Inc. fka WFS FINANCIAL** |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, Claimant WACHOVIA DEALER SERVICES, Inc. fka WFS FINANCIAL hereby demands the return and /or claims an interest in the subject vehicle by virtue of its status as a Legal Owner of the vehicle pursuant to its financial interest as a secured lien holder in the vehicle.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 30th day of April, 2008, at Ontario, California.

By: [signature]
LUCILLE GOINS DIMMICK, Declarant
Assistant General Counsel, Wachovia Dealer Services, Inc.

# CERTIFICATE OF SERVICE

I, JOHN W. KLEIN, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 2122 North Broadway, Suite 200, Santa Ana, California 92706.

That on May 1, 2008, I have caused service of the Claim of Wachovia Dealer Services, Inc. fka WFS Financial on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said parties:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff; and
2. Richard M. Barnett, Attorney at Law, Attorney for Claimant Yessica Hernandez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2008, at Santa Ana, California.

s/ John W. Klein
JOHN W. KLEIN