KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
Email: David.McNees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$19,211.00 IN U.S. CURRENCY,<br><br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil Case No. 08cv00509-BTM(POR)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this Court or authorized to practice under Civil Local Rules 83.3.c.3-4.

The following government attorney (who is admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

N/A

//

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Name

N/A

Please call me if you have any questions about this notice.

DATED: May 30, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: David.McNees@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$19,211.00 IN U.S. CURRENCY,<br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br>Defendants. | Civil Case No. 08cv00509-BTM(POR)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Richard M. Barnett, Esq.
2. John Winfield Klein, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 30, 2008.

s/ David M. McNees
DAVID M. MCNEES
Email: David.McNees@usdoj.gov