UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$19,211.00 IN U.S. CURRENCY, ONE 2000 MERCEDES BENZ S430 CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br>Defendant. | Civil No. 08cv0509-BTM (POR)<br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION AND ORDER REGARDING RULE 26 DATES** |

On May 30, 2008, the Court held an Early Neutral Evaluation. Bruce Smith, Esq., and Cavren Carney, appeared on behalf of Plaintiff, and Rick Barnett, Esq., appeared on behalf of Claimant Yessica Hernandez. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **June 25, 2008**.
2. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter by email to efile_porter@casd.uscourts.gov on or before **July 7, 2008**.
3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **July 14, 2008**.
4. A Settlement Conference shall be held on **July 21, 2008** at **4:00 p.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. *All counsel, all parties, and any other person(s) whose authority is required to negotiate and*

*enter into settlement shall appear in person at the conference.* Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference. *Failure of required counsel and parties to appear in person will be cause for the imposition of sanctions.* All conference discussions will be informal, off the record, privileged, and confidential. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

5. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: June 5, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Barry T. Moskowitz
all parties