KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$19,211.00 IN U.S. CURRENCY,<br><br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No. 08cv0509-BTM(POR)<br><br>JOINT REPORT PURSUANT TO FED. R. CIV. P. RULE 26(f) |

Pursuant to Rule 26(f), Federal Rules of Civil Procedure, Counsel for the parties jointly submit the following report.

DISCOVERY PLAN

1. By order of the Court, the initial disclosure required by Rule 26(a) shall be provided by July 14, 2008. By order of the Court, a settlement conference will be held on July 21, 2008, at 4:00 pm.

2. The ENE conference for this case was scheduled for May 30, 2008. Plaintiff's lead attorney did not receive notice due to a procedural error, and claimant was not present due to another error. Therefore no substantive discussions relating to this case have occurred. Counsel for each side met and discussed the case on June 25, 2008. It was discussed that discovery will be needed on the subject of the sources and ownership of the seized currency, and the sufficiency of

grounds for the forfeiture. Discovery and depositions of necessary parties by claimants will be required to ascertain information regarding the search of and seizure from the residence and the seizure of the vehicle. The parties expect that this portion of discovery will be concluded by October 31, 2008.

3. No changes in discovery rules are contemplated, except as noted above.

4. No orders are contemplated pursuant to Rule 26(f)(4).

## CLAIMS AND DEFENSES

Claimant Yessica Hernandez claims a legal interest in the Defendant currency and Defendant vehicle as owner. The defense to the forfeiture Claimant will pursue is that the government lacked probable cause for the seizure of the Defendant currency and vehicle, is unable to meet its burden of proof, and that the search/searches which led to the seizure of the defendant currency were unlawful.

## NEGOTIATIONS REGARDING SETTLEMENT

Counsel for the parties have met and conferred regarding the potential for settlement of the case. There has been very little discussions regarding settlement and the two sides are far apart, but the parties agree that discovery will be necessary.

DATED: June 30, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney

DATED: June 30, 2008.

s/ Richard M. Barnett

RICHARD M. BARNETT
Attorney for Claimant