# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

USA v. $19,211 and 2000 Mercedes No. 08cv0509-BTM (POR)

Plaintiffs Defendants

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

Judge Porter hereby recuses herself from the above-entitled action. Please assign a new Magistrate Judge to this case. There are no matters set on Judge Porter's calendar.

Assigned to: NITA L. STORMES

NOTICE: ________ In Person ________ By Telephone ____ Copies Sent

DATE: July 21, 2008 DEPUTY: RJM

cc: Judge Moskowitz