**PRENOVOST, NORMANDIN, BERGH & DAWE**
**A Professional Corporation**
**THOMAS J. PRENOVOST, JR., SBN 77813**
**MICHAEL D. ROHFELD, SBN 108598**
**JOHN W. KLEIN, SBN 129160**
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.: (714) 547-2444**
**Fax No.: (714) 835-2889**
**(6890.126)**

Attorneys for Claimant, WACHOVIA DEALER SERVICES, INC. fka WFS FINANCIAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$19,211.00 IN U.S. CURRENCY,<br><br>ONE 2000 MERCEDES BENZ S430, CA LICENSE NO. 5WKL002, VIN WDBNG70J4YA075758 ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Case No. 08-CV-0509-BTM (POR)<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY FOR CLAIMANT WACHOVIA DEALER SERVICES, INC. fka WFS FINANCIAL** |

**PLEASE TAKE NOTICE** that Claimant WACHOVIA DEALER SERVICES, INC. has changed handling attorneys in the above-entitled matter as follows:

**MICHAEL D. ROHFELD**, State Bar Number 108598, of PRENOVOST, NORMANDIN, BERGH & DAWE shall replace JOHN W. KLEIN as Lead Counsel and Handling Attorney for this firm.

DATED: July 29, 2008

/s/ Michael D. Rohfeld
MICHAEL D. ROHFELD
mrohfeld@pnbd.com

Attorneys for Claimant,
WACHOVIA DEALER SERVICES, INC.
fka WFS FINANCIAL

**CERTIFICATE OF SERVICE**

I, MICHAEL D. ROHFELD, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 2122 North Broadway, Suite 200, Santa Ana, California 92706.

That on July 29, 2008, I have caused service of Claimant Wachovia Dealer Services, Inc. fka WFS Financial's Notice of Change of Handling Attorney on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said parties:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff; and
2. Richard M. Barnett, Attorney at Law, Attorney for Claimant Yessica Hernandez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of July, 2008, at Santa Ana, California.

/s/ Michael D. Rohfeld
MICHAEL D. ROHFELD
mrohfeld@pnbd.com

Attorneys for Claimant,
WACHOVIA DEALER SERVICES, INC.
fka WFS FINANCIAL